UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:10CR26 HEA |
| | ) |
| CARLOS AROLDO | ) |
| PINEDA-BARRIENTOS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that a change of plea hearing is set in this matter for Monday, March 8, 2010, at 11:00 a.m. in the courtroom of the undersigned.

Dated this 1st day of March, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE